**Order filed March 28, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00371-CR

_____

**JOSEPH RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1235083**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibits #149, #150, #260, #261 and #291.**

The clerk of the 232nd District Court is directed to deliver to the Clerk of this court the original of State's Exhibits #149, #150, #260, #261 and #291, on or before **April 5, 2012.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits #149, #150, #260, #261 and #291, to the clerk of the 232nd District Court.

PER CURIAM